No. 74–1457. SUMITOMO FORESTRY CO., LTD., OF JAPAN *v.* THURSTON COUNTY, WASHINGTON, *ante,* p. 831;

No. 75–124. TEXAS *v.* WHITE, *ante,* p. 67;

No. 75–301. BAUMAN *v.* UNITED STATES, *ante,* p. 946;

No. 75–314. RITTER *v.* KLEPPE, SECRETARY OF THE INTERIOR, ET AL., *ante,* p. 947;

No. 75–467. WIETHE *v.* CURRY, *ante,* p. 941;

No. 75–560. BURNS *v.* DECKER ET AL., *ante,* p. 1017;

No. 75–5124. WARD *v.* CARPENTER, SHERIFF, *ante,* p. 916;

No. 75–5212. SAYLES *v.* SIRICA, U. S. DISTRICT JUDGE, *ante,* p. 949;

No. 75–5312. RANDLE *v.* UNITED STATES, *ante,* p. 988;

No. 75–5396. BLEVINS *v.* UNITED STATES, *ante,* p. 1020;

No. 75–5404. TODA *v.* TANAKA, *ante,* p. 989;

No. 75–5408. GREEN *v.* UNITED STATES DEPARTMENT OF LABOR ET AL., *ante,* p. 976;

No. 75–5409. BURDEAU *v.* TRUSTEES OF THE CALIFORNIA STATE COLLEGES ET AL., *ante,* p. 989;

No. 75–5420. ROOTS *v.* WOODALL, *ante,* p. 997;

No. 75–5450. CURRY *v.* JENSEN ET AL., *ante,* p. 998;

No. 75–5490. CLARK *v.* ALABAMA, *ante,* p. 937;

No. 75–5531. WILLIAMS *v.* NEW YORK, *ante,* p. 990; and

No. 75–5573. GREEN *v.* DEPARTMENT OF PUBLIC WELFARE OF MASSACHUSETTS, *ante,* p. 976. Petitions for rehearing denied. MR. JUSTICE STEVENS took no part in the consideration or decision of these petitions.

No. 74–6663. SWANSON *v.* ESTELLE, CORRECTIONS DIRECTOR, *ante,* p. 858. Motion for leave to file petition for rehearing denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this motion.